SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Art Hardie, et al,<br><br>    Defendants | Case No. **2:08-cv-02976-WBS-KJM**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff, Scott N. Johnson, and Defendants, Glenn A. Webb; Cheryl L. Webb, by and through their respective attorneys of record (Scott N. Johnson; Cris C. Vaughan) hereby request an extension of time until May 11, 2009 to file dispositional documents for this case. Plaintiff and Defendants are in the process of finalizing a settlement agreement and need longer than the 20 day grace period.

Dated: April 22, 2009 /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff


Dated: April 23, 2009 /s/Cris C. Vaughan

Cris C. Vaughan,

Attorney for Defendants,

Glenn A. Webb;

Cheryl L. Webb

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than May 11, 2009.

Date: April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-08-cv-02976-WBS-KJM - 2